# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA STEPHENS

NO. 2020 KW 0057

MAR 1 3 2020

In Re:  Joshua Stephens, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 35,827.

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** This matter is remanded to the trial court to conduct a contradictory hearing to determine if relator is capable of representing himself; and if so, does relator desire to represent himself and forego representation by defense counsel. **State v. Thibodeaux,** 2017-0705 (La. 12/6/17), 236 So.3d 1253 (per curiam).

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT